UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS JEFFREY STONE, ) | |
| ) | CIVIL ACTION NO. |
| Petitioner, ) | |
| ) | 3:07-CV-0482-G |
| VS. ) | |
| ) | CONSOLIDATED WITH |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | 3:07-CV-0483-G |
| Correctional Institutions Division, ) | |
| ) | **ECF** |
| Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

August 20, 2007.

_____
A. JOE FISH
CHIEF JUDGE